FILED
CLERK, U.S. DISTRICT COURT

04/27/20

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00190-RGK |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 201(b)(1)(C): Giving and Offering of a Bribe to a Public Official; 18 U.S.C. § 1001(a)(2): Making False Statements] |
| EDGAR SARGSYAN, | |
| Defendant. | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Chase Bank, Capital One, Bank of America, Wells Fargo Bank, American Express, US Bank, Barclays, and Citibank were financial institutions insured by the Federal Deposit Insurance Corporation.

2. Chase Bank, Capital One, Bank of America, Wells Fargo Bank, American Express, US Bank, Barclays, and Citibank administered credit cards to their customers and would pay merchants for transactions conducted by their customers.

3. Defendant EDGAR SARGSYAN was the Chief Financial Officer of the Pillar Law Group. The Pillar Law Group was located in Beverly Hills, California.

4. Defendant SARGSYAN was the Chief Executive Officer, Chief Financial Officer, and President of Regdalin Group Inc. The Regdalin Group was located in Beverly Hills, California.

5. A J1 visitor visa was a non-immigrant visa issued to non-United States citizens to participate in work and study-based exchange programs in the United States. The J1 visa was issued for a specified time period, after which the visa holder would be required to depart the United States.

6. These Introductory Allegations are incorporated into each count of this Information.

COUNT ONE

[18 U.S.C. § 1349]

A. OBJECT OF THE CONSPIRACY

7. Beginning in or about August 2014, and continuing through at least November 2016, in Los Angeles County, within the Central District of California, defendant SARGSYAN, together with others known and unknown, conspired with each other, knowingly and with intent to defraud, to execute a scheme to defraud Chase Bank, Capital One, Bank of America, Wells Fargo Bank, American Express, US Bank, Barclays, and Citibank, in violation of Title 18, United States Code, Section 1344(1).

B. MANNER AND MEANS OF THE CONSPIRACY

8. The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

    a. Defendant SARGSYAN's co-conspirators would take over the identities of persons who had been issued J1 visas after the visa holder had departed the United States.

    b. Defendant SARGSYAN's co-conspirators would apply for and obtain credit cards in the visa holders' names. After receiving the credit cards, defendant SARGSYAN and the co-conspirators charged the fraudulently obtained credit cards at businesses in the Central District of California controlled by defendant SARGSYAN, including the Pillar Law Group and Regdalin Group.

    c. Federally-insured financial institutions defrauded as a result of this conspiracy include Chase Bank, Capital One, Bank of America, Wells Fargo Bank, American Express, US Bank, Barclays, and Citibank, among others.

C.    OVERT ACTS

9.    In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendant SARGSYAN, together with others known and unknown to the United States Attorney, committed, and willfully caused others to commit, various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:  On July 13, 2015, defendant SARGSYAN caused $23,596 to be fraudulently charged at the Pillar Law Group to a credit card ending in 4809 from Chase Bank in the name of B.Z.

Overt Act No. 2:  On July 30, 2015, defendant SARGSYAN caused $23,400 to be fraudulently charged at the Pillar Law Group to a credit card ending in 1540 from Chase Bank in the name of M.Z

Overt Act No. 3:  On August 18, 2015, defendant SARGSYAN caused $19,650 to be fraudulently charged at the Regdalin Group to a credit card ending in 0713 from Capital One Bank in the name of O.L.

Overt Act No. 4:  On September 2, 2015, defendant SARGSYAN caused $9,800 to be fraudulently charged at the Regdalin Group to a credit card ending in 3503 from Chase Bank in the name of I.T.

Overt Act No. 5:  On September 2, 2015, defendant SARGSYAN caused $23,500 to be fraudulently charged at the Pillar Law Group to a credit card ending in 3503 from Chase Bank in the name of I.T.

Overt Act No. 6:  On October 3, 2015, defendant SARGSYAN caused $19,650 to be fraudulently charged at the Pillar Law Group to a credit card ending in 5095 from Capital One Bank in the name of S.D.

Overt Act No. 7:  On October 31, 2015, defendant SARGSYAN caused $20,400 to be fraudulently charged at the Regdalin Group to a credit card ending in 4791 from Chase Bank in the name of K.K.

<u>Overt Act No. 8</u>:  On November 7, 2015, defendant SARGSYAN caused $18,530 to be fraudulently charged at the Pillar Law Group to a credit card ending in 8643 from Chase Bank in the name of V.M.

<u>Overt Act No. 9</u>:  On November 9, 2015, defendant SARGSYAN caused $22,450 to be fraudulently charged at the Regdalin Group to a credit card ending in 8756 from Chase Bank in the name of A.V.

<u>Overt Act No. 10</u>:  On December 2, 2015, defendant SARGSYAN caused $21,600 to be fraudulently charged at the Pillar Law Group to a credit card ending in 8742 from Chase Bank in the name of B.T.

COUNT TWO

[18 U.S.C. § 201(b)(1)(C)]

Between in or around January 2015 and in or around March 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant SARGSYAN, directly and indirectly, corruptly gave, offered, and promised a thing of value, namely, United States currency and a Ducati motorcycle, to a public official, namely, a Federal Bureau of Investigation Special Agent ("FBI SA"), with the intent to induce such public official to do an act and omit to do an act in violation of his official duty.  Specifically, defendant SARGSYAN corruptly gave and offered the FBI SA approximately $95,500 in cash and paid $36,000 to a Ducati dealership for a motorcycle and accessories on behalf of the FBI SA in exchange for the FBI SA querying law enforcement databases, sharing the results with defendant SARGSYAN, and proactively warning defendant SARGSYAN about individuals who were targets of FBI investigations, in order to help individuals evade prosecution.  Such conduct violated the FBI SA's duties and responsibilities as a federal law enforcement officer, including the duty to faithfully investigate potential criminal activity.

COUNT THREE

[18 U.S.C. § 201(b)(1)(C)]

Between in or around September 2015 and in or around January 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant SARGSYAN, directly and indirectly, corruptly gave, offered, and promised a thing of value, namely, United States currency, to a public official, namely, a Department of Homeland Security, Homeland Security Investigation, Special Agent ("HSI SA"), with the intent to induce such public official to do an act and omit to do an act in violation of his official duty.  Specifically, defendant SARGSYAN corruptly gave and offered the HSI SA at least $77,000, in exchange for the HSI SA querying law enforcement databases and sharing the results with defendant SARGSYAN, and attempting to use the HSI SA's position to have defendant SARGSYAN's family member admitted into the United States by falsely claiming that defendant SARGSYAN's family member was a confidential source aiding the United States government.  Such conduct violated the HSI SA's duties and responsibilities as a federal law enforcement officer, including the duty to only use his HSI position and resources for legitimate law enforcement activity.

COUNT FOUR

[18 U.S.C. § 1001(a)(2)]

On or about September 12, 2017, in Los Angeles County, within the Central District of California, defendant SARGSYAN knowingly and willfully made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the government of the United States, specifically, the United States Department of Justice, Office of Inspector General, by falsely stating that a $30,000 check to a Special Agent with the Federal Bureau of Investigation ("FBI SA") was a loan, when in fact, as defendant SARGSYAN then knew, defendant SARGSYAN provided the $30,000 check to the FBI SA as a bribe to the FBI SA in exchange for the FBI SA accessing law enforcement databases in order to help individuals evade prosecution.

COUNT FIVE

[18 U.S.C. § 1001(a)(2)]

On or about December 18, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant SARGSYAN knowingly and willfully made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the government of the United States, specifically, the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security, by falsely stating that an FBI Special Agent ("FBI SA") did not access law enforcement databases on behalf of defendant SARGSYAN and that defendant SARGSYAN's purchase of a Ducati motorcycle and accessories for the FBI SA was a gift, when in fact, as defendant SARGSYAN then knew, defendant SARGSYAN corruptly gave and offered the FBI SA approximately $95,500 in cash and paid in additional $36,000 to a Ducati dealership for a motorcycle and accessories on behalf of the FBI SA in exchange for

//
//
//

the FBI SA querying law enforcement databases and sharing the results with defendant SARGSYAN, and proactively warning defendant SARGSYAN about individuals who were targets of FBI investigations.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section

RUTH C. PINKEL
Assistant United States Attorney
Public Corruption & Civil Rights Section