KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant Edgar Sargsyan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR SARGSYAN,<br><br>　　　　Defendant. | Case No. CR No. 20-190-RGK<br><br>**DEFENDANT EDGAR SARGSYAN'S NOTICE OF RELATED CASES**<br><br>**Related Cases:**<br><br>Case No. CR No. 17-229(A)-CAS<br>Case No. CR No. 20-193-AB<br><br>Judge:  Honorable R. Gary Klausner |

Local Criminal Rule 7-4 provides:

It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever a criminal case previously filed and one or more information or indictments later filed:

(a) arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

(b) involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Pursuant to Local Criminal Rule 7-4, Defendant Edgar Sargsyan ("Sargsyan") provides this notice of related cases in the Central District of California. The following cases arise from the same or closely-related transactions or events as the instant case presently before this Court, call for the determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges:

United States v. Felix Cisneros, Jr., CR No. 17-229(A)-CAS (the Cisneros case); and

United States v. Babak Broumand, CR No. 20-193-AB (the Broumand case).

The United States filed the instant case against Sargsyan alleging, in part, that within a time period spanning September 2015 and January 2017, Sargsyan paid bribes to a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"). (Exhibit A (Information in Case No. CR 20-190-RGK) at p. 7 (Count Three), charging Sargsyan with giving and offering bribes to an HSI Special Agent.) As detailed in Sargsyan's plea agreement with the government, those bribes took place in the form of, among other payments, over $25,000 in payments that Sargsyan made to pay credit card bills incurred by the HSI Special Agent who received these bribes from Sargsyan. (Exhibit B (Sargsyan Plea Agreement) at pp. 9-10).

The HSI Special Agent who Sargsyan has been charged with bribing is Felix Cisneros.  In the Cisneros case, Cisneros was charged with receiving bribes in connection with the performance of his duties as an HSI Special Agent, and he was specifically charged with lying about his corrupt relationship with Sargsyan.  In particular, in Count Seven of the First Superseding Indictment filed by the government in the Cisneros case, the government charged Cisneros with falsely claiming that he was unaware that Sargsyan was engaged in unusual activity when Sargsyan had, in fact, paid "over $25,000 towards amounts due on defendant Cisneros's personal credit cards," the very bribes paid to Cisneros in the instant case.[1]  After a four day jury trial that concluded on April 23, 2018, in which the government presented evidence of the purported lies Cisneros told to the FBI about the bribes paid by Sargsyan at issue in the instant case, Cisneros was acquitted of the conduct alleged in Count Seven of the First Superseding Indictment he faced.  The fact a court has previously heard evidence presented in a trial that directly relates to transactions at issue in the instant case makes the designation of the instant case and the Cisneros case as related cases even more appropriate.  There are not only transactions and events that are common to both of these cases; there would also be a needless duplication of efforts if this case is not deemed a related case to a case involving issues with which another court is already familiar.  See L. Crim. R. 7-4 (providing that cases are deemed related cases if they arise out of a common

---

[1] In the First Superseding Indictment filed in the Cisneros case, the individual who paid over $25,000 toward amounts due on Cisneros's personal credit cards is identified as "Individual B." (Exhibit C (the First Superseding Indictment in the Cisneros case) at p. 15 (Count Seven)).  However, in the trial memorandum filed by the government in the Cisneros case, the government disclosed that Sargsyan is the person identified as "Individual B" in the First Superseding Indictment and that Cisneros had lied about his corrupt relationship with Sargsyan when questioned by the Federal Bureau of Investigations about that relationship. (Exhibit D (Government's Trial Memorandum in the Cisneros case) at pp. 4-6).

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3                           Case No. CR No. 20-190-RGK
DEFENDANT EDGAR SARGSYAN'S NOTICE OF RELATED CASES

"transaction, series of transactions or events" <u>or</u> if they would "entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges").

Since the facts giving rise to the allegation that Sargsyan bribed HSI Special Agent Cisneros overlap in both the instant case and the <u>Cisneros</u> case and another judge in this district is already familiar with those facts, the instant case qualifies for transfer as a related case.[2]

DATED:  April 30, 2020                    KENDALL BRILL & KELLY LLP

By:  /s/ Robert E. Dugdale
Robert E. Dugdale
Attorneys for Defendant Edgar Sargsyan

---

[2]  In a lesser but similar vein, the <u>Broumand</u> case is also related to the instant case. In the <u>Broumand</u> case, Broumand has been charged in a single count Information with receiving bribes while serving as an agent with the Federal Bureau of Investigation. In the instant case, Sargsyan has been charged in Count Two of the Information in which he has been charged with paying those bribes to Broumand. (Exhibit A at p. 6.)

4
Case No. CR No. 20-190-RGK
DEFENDANT EDGAR SARGSYAN'S NOTICE OF RELATED CASES
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067