```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division                         cc: USPO
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-190-RGK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING SENTENCING |
| v. | |
| EDGAR SARGSYAN, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Date for defendant Edgar Sargsyan filed by the parties in this matter on August 13, 2020.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from September 28, 2020, to July 12, 2021 at 1:30 p.m.

IT IS SO ORDERED.

August 14, 2020
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney