UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>EDGAR SARGSYAN,<br><br>    Defendant. | No. CR 20-190-RGK<br><br><u>ORDER CONTINUING SENTENCING</u> |

   The Court has read and considered the Stipulation to Continue Sentencing Date for defendant Edgar Sargsyan filed by the parties in this matter on October 3, 2022.

//

//

//

1    THEREFORE, FOR GOOD CAUSE SHOWN:
2 The sentencing date in this matter is continued from October 17,
3 2022, to ~~March 6, 2023~~, ~~at~~ ~~1:30 p.m.~~ **December 5, 2022 at 10:00 a.m.**
4    IT IS SO ORDERED.

_OCTOBER 6, 2022_
DATE

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE