E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-190-RGK |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | |
| EDGAR SARGSYAN, | Current Date:    12/05/2022<br>Requested Date:  03/27/2023 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, and defendant EDGAR SARGSYAN ("defendant"), through his counsel of record, Robert E. Dugdale, hereby stipulate as follows:

1.   On July 7, 2020, defendant SARGSYAN entered his guilty plea to the five-count Information filed in this case.  At the time defendant SARGSYAN entered his guilty plea, the Court set his sentencing date for September 28, 2020.

2.   Defendant SARGSYAN's guilty plea was entered consistent with a written plea agreement between defendant SARGSYAN and the

government and a contemporaneously signed addendum to that plea agreement, which obligates defendant SARGSYAN to cooperate with the United States Attorney's Office, the Federal Bureau of Investigations, the Department of Homeland Security, Homeland Security Investigations, and other law enforcement agencies. Among other things, this cooperation obligates defendant SARGSYAN to testify at any trial or other court proceeding at the request of the government.

3.  Prior to entering his guilty plea in this case, defendant SARGSYAN engaged in tape-recorded, undercover meetings at the government's direction with defendant Babak Broumand ("defendant Broumand"), a former Special Agent with the Federal Bureau of Investigation who defendant SARGSYAN had paid bribes.

4.  As a result of the cooperation provided by defendant SARGSYAN and other evidence gathered by the government during the course of its investigation of defendant Broumand, on June 12, 2020, defendant Broumand was charged in a six-count indictment, alleging violations of 18 U.S.C. § 371 (Conspiracy to Commit Bribery of a Public Official), 18 U.S.C. § 201(b)(2)(C) (Bribery of a Public Official), and 18 U.S.C. § 1957(a) (Money Laundering). Defendant SARGSYAN testified at trial against defendant Broumand beginning on September 20, 2022. Defendant Broumand was convicted at that trial, but he has yet to be sentenced. His sentencing date is currently January 30, 2023.

5.  Defendant SARGSYAN also cooperated against defendant Felix Cisneros, a former Special Agent with the Department of Homeland Security, who was charged with federal bribery violations. Defendant Cisneros proceeded to trial in a case before this Court, and

defendant SARGSYAN testified in that trial between April 26, 2022, and April 28, 2022.

6. In addition to the cases prosecuted in the Central District of California that involved defendant SARGSYAN's cooperation, defendant SARGSYAN is cooperating against defendant Broumand, and defendant Broumand's wife, Malamatenia Mavromatis, in a 12-count superseding indictment filed on March 24, 2022 in the Northern District of California, which alleges conduct that occurred in the Northern District of California related to bribes paid by defendant SARGSYAN to defendant Broumand. That case -- styled <u>United States v. Babak Broumand and Malamatenia Mavromatis</u>, CR 21-162(A)-WHO (NDCA) -- charges defendant Broumand with three counts of making false statements to a government agency, in violation of 18 U.S.C. § 1001(a)(2); three counts of making false statements to a financial institution, in violation of 18 U.S.C. § 1014; and six counts of subscribing to a false tax return, in violation of 26 U.S.C. § 7206(1). In addition, this case filed in the Northern District of California charges defendant Mavromatis with two counts of making false statements to a financial institution, in violation of 18 U.S.C. § 1014.

7. The government anticipates that, pursuant to his continuing obligation to cooperate with the government, defendant SARGSYAN will be called as a witness to testify in the trial of defendants Broumand and Mavromatis in the Northern District of California.

8. The Northern District of California has not yet set a trial date for defendants Broumand and Mavromatis in that matter. Instead, its practice is to set status conferences until the parties are

prepared for trial. The next status conference is scheduled for February 16, 2023.

9. Defendant Broumand was remanded after his conviction in the Central District of California. The parties believe that Broumand's custodial status will encourage Broumand to try or resolve more quickly the case pending in the Northern District of California.

10. The failure to grant the requested continuance of defendant SARGSYAN's sentencing date will not allow him to complete his cooperation prior to his sentencing, as the government anticipates that defendant SARGSYAN will be called as a witness to testify in the trial of defendants Broumand and Mavromatis in the case both face in the Northern District of California. In addition, a refusal to grant the requested continuance would impose a number of significant logistical difficulties which could hamper the ability of defendant SARGSYAN to fulfill his remaining obligations to the government pursuant to the cooperation agreement he entered. For instance, if defendant SARGSYAN's sentence includes a prison term, counsel for defendant SARGSYAN and counsel for the government will have to travel to the prison where defendant SARGSYAN is detained, wherever that may be, to prepare him to testify in the case pending against defendants Broumand and Mavromatis. The time and expense related to this travel will be expensive for defendant SARGSYAN, who has filed two bankruptcies in the Central District of California and currently has a negative net worth, and will impose a burden on the government as well. Defendant SARGSYAN's current defense counsel is retained, and defendant SARGSYAN believes that the failure to grant the requested continuance may deny defendant SARGSYAN the continuity of counsel and

adequate representation if further expenses in this case require defendant SARGSYAN to obtain new counsel.

11. Furthermore, counsel for defendant SARGSYAN represents that he requires additional time, beyond the current date of December 5, 2022, to prepare for defendant SARGSYAN's sentencing, as that sentencing has required his counsel to amass years' worth of information concerning extensive efforts defendant SARGSYAN has made to cooperate with the government, only some of which has been disclosed to the Court through testimony defendant SARGSYAN has provided that led to the convictions of two federal agents.  Defense counsel also represents that he requires additional time to gather information concerning defendant SARGSYAN's philanthropic works, evidence concerning the law-abiding life defendant SARGSYAN has been living for the past several years, and letters from numerous supporters of defendant SARGSYAN his counsel will be offering at defendant SARGSYAN's sentencing.

12. The parties have submitted four prior stipulations to continue the sentencing date to allow defendant to testify at trial. The most recent request was submitted on October 3, 2022, at which time the parties requested a new sentencing date of March 6, 2023. The Court granted the continuance in part, but set the new sentencing date for December 5, 2022.

//
//
//

13. Accordingly, to allow defendant SARGSYAN to complete his cooperation with the government prior to being sentenced -- which cooperation may include testifying during the trial identified above -- the parties stipulate that the date of defendant SARGSYAN's sentencing should be continued from December 5, 2022, to March 27, 2023.

Dated: November 22, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 22, 2022

*/s/ Per E-Mail Authorization*
ROBERT E. DUGDALE
Attorney for Defendant
Edgar Sargsyan