E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-190-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| EDGAR SARGSYAN, | |
| Defendant. | |

    The Court has read and considered the Stipulation to Continue Sentencing Date for defendant Edgar Sargsyan filed by the parties in this matter on November 22, 2022.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from December 5, 2022, to March 27, 2023, at 1:30 p.m.

IT IS SO ORDERED.

DATE                                          HONORABLE R. GARY KLAUSNER
                                              UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney