E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-190-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| EDGAR SARGSYAN, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Date for defendant Edgar Sargsyan filed by the parties in this matter on February 28, 2023.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from March 27, 2023, to August 28, 2023, at 1:30 p.m.

IT IS SO ORDERED.

3/3/2023
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney