UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR SARGSYAN,<br><br>  Defendant. | Case No. CR 20-190-RGK<br><br>[PROPOSED] ORDER TO ADVANCE HEARING DATE ON THE PARTIES' STIPULATION TO CONTINUE DEFENDANT SARGSYAN'S SENTENCING DATE DUE TO COUNSEL'S UNAVAILABILITY<br><br>[64] |

For the reasons stated in the parties' stipulation, dated July 24, 2023, and for good cause shown, the hearing on the parties' stipulation to continue Defendant Edgar Sargysan's sentencing date is advanced from July 31, 2023, at 10:00 a.m. to **July 27, 2023 at 9:00 a.m.**  Defendant and counsel shall appear on this new date and time.

 IT IS SO ORDERED.

DATED: July 25, 2023

_____
Honorable R. Gary Klausner
United States District Court Judge

cc: USPO/PSA