UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:20-cr-00190-RGK-1 |
| Date | July 27, 2023 |

Present: The Honorable  R. GARY KLAUSNER, U.S. District Judge

Interpreter  n/a

| Joseph Remigio | Marea Woolrich | Jeff Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edgar Sargsyan | | X | X | Robert Dugdale | | X | X |

**Proceedings:**   HEARING ON STIPULATION TO CONTINUE SENTENCING

The case is called.  Counsel and defendant make their appearance.

The Court and counsel confer.

The Court grants the stipulation to continue sentencing to December 4, 2023, at 10:00 a.m.

Further extension disfavored.

                                                                                                         : 2

Initials of Deputy Clerk        JRE