E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7367
     Facsimile: (213) 894-0141
     E-mail:   michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-190-RGK |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| EDGAR SARGSYAN, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court and all parties that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-Mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | MICHAEL J. MORSE | Michael.Morse@usdoj.gov |

Please make all necessary updates to the Court's Case Management/Electronic Case Filing system to ensure that the newly

///

///

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: November 3, 2023						Respectfully submitted,

									E. MARTIN ESTRADA
									United States Attorney

									MACK E. JENKINS
									Assistant United States Attorney
									Chief, Criminal Division


									       /s/
									MICHAEL J. MORSE
									Assistant United States Attorney

									Attorneys for Plaintiff
									UNITED STATES OF AMERICA