MICHAEL J. MORSE (Cal. Bar No. 291763)
AUSA, Public Corruption and Civil Rights Section
312 N. Spring St.,
Los Angeles, CA 90012
Tel. (213) 894-7367

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-00190-RGK |
| v. | |
| EDGAR SARGSYAN | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENT; GOVERNMENT'S SENTENCING POSITION

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| November 20, 2023 | /s/ MICHAEL MORSE |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*