# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>EDGAR SARGSYAN<br><br>Defendant. | Case No. CR 20-190-RGK<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER TO FILE DEFENDANT EDGAR SARGSYAN'S SENTENCING MEMORANDUM UNDER SEAL<br><br>[71] |

After reviewing Defendant Edgar Sargsyan's *Ex Parte* Application for an Order to File Defendant Edgar Sargsyan's Sentencing Memorandum under seal, the Declaration of Robert E. Dugdale in support thereof, and Good Cause showing therefor:

**IT IS HEREBY ORDERED** that Defendant Edgar Sargsyan's Sentencing Memorandum will be placed under seal. Defendant Sargsyan may produce the underlying documents as permitted or required by applicable law.

Dated: 11/21/2023

Honorable R. Gary Klausner
United States District Court Judge

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067