FILED
CLERK, U.S. DISTRICT COURT
11/30/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR SARGSYAN<br><br>　　　　Defendant. | Case No. CR 20-190-RGK<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER TO FILE DEFENDANT EDGAR SARGSYAN'S RESPONSE TO THE GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL<br><br>[77] |

///
///
///

After reviewing Defendant Edgar Sargsyan's *Ex Parte* Application for an Order to File Defendant Edgar Sargsyan's Response to the Government's Sentencing Memorandum Under Seal, the Declaration of Robert E. Dugdale in support thereof, and Good Cause showing therefor:

**IT IS HEREBY ORDERED** that Defendant Edgar Sargsyan's Response to the Government's Sentencing Memorandum will be placed under seal. Defendant Sargsyan may produce the underlying documents as permitted or required by applicable law.

Dated: 11/30/2023

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Court Judge

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER TO FILE DEFENDANT EDGAR SARGSYAN'S RESPONSE TO THE GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL