## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 2:20-cr-00190-RGK-1 | Date: December 5, 2023 |
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Interpreter | n/a | |

| Joseph Remigio | Marea Woolrich | Michael Morse/Juan Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edgar Sargsyan | | X | X | Robert Dugdale/Mark Nurik | X | | X |

**Proceedings:** **SENTENCING**

Court and counsel confer.

Defense request to seal the hearing is granted.

Counsel present argument. Defendant addresses the Court. The Court places findings on the record and proceeds with sentencing.

The request to seal the transcript of the proceedings is granted.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

IT IS SO ORDERED.

                                                                                 : 35

Initials of Deputy Clerk    jre