KENDALL BRILL & KELLY LLP
ROBERT E. DUGDALE (Cal. State Bar No. 167258)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705
e-mail: rdugdale@kbkfirm.com

Attorneys for Defendant Edgar Sargsyan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>EDGAR SARGSYAN<br><br>Defendant. | Case No. CR 20-190-RGK<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVICE OF HIS SENTENCE; DECLARATION OF ROBERT E. DUGDALE**<br><br>[*[Proposed] Order Filed Concurrently Under Separate Cover*] |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVING HIS SENTENCE

1  Defendant Edgar Sargsyan, by and through his counsel of record, hereby
2  applies to the Court for an order to permit Mr. Sargsyan to continue the date by
3  which he must self-surrender to serve his sentence from December 18, 2023 to on or
4  before 12:00 p.m. on January 2, 2024. This *ex parte* application is based upon the
5  accompanying declaration of counsel, the files and records in this case, and such
6  further evidence and argument as the Court may permit. The government has no
7  objection to this request.

DATED: December 14, 2023   Respectfully submitted,

KENDALL BRILL & KELLY LLP

By:   /s/ Robert E. Dugdale
         Robert E. Dugdale
         Attorneys for Edgar Sargsyan

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVING HIS SENTENCE

## DECLARATION OF ROBERT E. DUGDALE

I, Robert E. Dugdale, hereby state and declare as follows:

1. I am an attorney and counsel of record for Defendant Edgar Sargsyan in the above-captioned action.

2. On December 4, 2023, this Court sentenced Mr. Sargsyan to a six month term of imprisonment to be followed by a six month period of home detention. At the conclusion of Mr. Sargsyan's sentencing hearing, this Court ordered that Mr. Sargsyan would be allowed to self-surrender and ordered for him to do so by surrendering to the institution designated by the Bureau of Prisons ("BOP"), or, in the absence of such a designation, to the United States Marshal's Service in Los Angeles, no later than 12:00 p.m. on December 18, 2023. Through this application, Mr. Sargsyan seeks an order from this Court allowing him to report directly to the federal facility where he will be designated to serve his six month sentence and to do so by 12:00 p.m. on January 2, 2024. Mr. Sargsyan is making this request (1) to ensure he reports to serve his sentence at a facility where he can be protected given his notoriety as a prolific government cooperator; and (2) to save the government from the expense and logistical challenges of transporting him to the facility where he will serve his six month sentence.

3. Within hours after Mr. Sargsyan was sentenced on December 4, 2023, I contacted a representative of the BOP to advise the BOP of the need to separate Mr. Sargsyan from individuals and groups of individuals who might wish to do him harm while he is in custody due to cooperation Mr. Sargsyan provided to the government.

4. On December 6, 2023, in a further effort to ensure Mr. Sargsyan's safety when he reports to serve his sentence, I advised government counsel in this case of those individuals and groups of individuals who Mr. Sargsyan should be separated from while in custody to ensure Mr. Sargsyan's safety. After doing so, I received assurances from government counsel that they would provide the

2

UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO CONTINUE THE DATE BY WHICH
DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVING HIS SENTENCE

appropriate notifications to the United States Marshal's Service that would ensure Mr. Sargsyan is separated from individuals and groups of individuals I identified who might wish to do harm to Mr. Sargsyan when he serves his sentence.

5. On December 12, 2023, I contacted Shaton McDaniel, an Investigative Analyst at the United States Marshal's Service in Los Angeles who facilitates the designation of defendants to the BOP facilities where they serve their sentences. I engaged in this outreach to determine whether the BOP had succeeded in identifying a facility where Mr. Sargsyan could be safely incarcerated to serve his six month sentence. Ms. McDaniel informed me that she had received the necessary information from the government to address who Mr. Sargsyan needs to be separated from while in custody for his protection. However, Ms. McDaniel informed me that Mr. Sargsyan had not yet been designated a BOP facility where he will serve his sentence because information needed to determine his inmate classification had not yet been provided by the United States Probation Office. Ms. McDaniel informed me that she would expedite Mr. Sargsyan's designation but that the BOP would not be able to identify the facility where Mr. Sargsyan will serve his sentence by December 18, 2023, the date Mr. Sargsyan is currently set to self-surrender to begin service of his sentence.

6. The consequence of the fact that the BOP will not be in a position to designate where Mr. Sargsyan will serve his six month sentence by December 18, 2023, is that Mr. Sargsyan will be housed for several weeks at the Metropolitan Detention Center if required to self-surrender on that date, where he will either be kept in isolation in administrative segregation or be put in a position where his safety may be compromised due to his well-publicized status as a government cooperator, and then will be sent to the BOP facility where he will serve the balance of his testimony by plane or bus at the government's expense.

7. Alternative, if this Court provides a brief period of time to allow the BOP to complete the process of designating Mr. Sargsyan to a BOP facility where

3

he can be safely incarcerated, Mr. Sargsyan can report directly to that facility on or before the date requested in this application.

8. Mr. Sargsyan has been on bond in this case since June 2020. Over the past three and one-half years, he has consistently obeyed the orders and directions of his Pretrial Services Officer, the government, and this Court. Once ordered to report to the facility identified by the BOP as the facility where he will serve his sentence, Mr. Sargsyan will do so; and this is the first and last request that will be made to continue the date by which he must self-surrender to serve his sentence.

9. On December 13, 2023, I informed Assistant United States Attorneys Michael Morse and Juan Rodriguez of the instant Application and the basis for it. That same day, Assistant United States Attorney Morse confirmed that the government has no objection to allowing Mr. Sargsyan to self-surrender on or before January 2, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 14, 2023, in Los Angeles, California.

/s/ Robert E. Dugdale
Robert E. Dugdale

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4
UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVING HIS SENTENCE