**DENIED BY THE COURT**

By: _/s/ Gary Klausner_
Hon. R. Gary Klausner
U.S. District Judge

Dated: 12/15/2023

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR SARGSYAN,<br><br>Defendant. | Case No. CR 20-190-RGK<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVICE OF HIS SENTENCE<br><br>[91] |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVICE OF HIS SENTENCE

After reviewing Defendant Edgar Sargsyan's Unopposed *Ex Parte* Application to Continue the Date By Which Defendant Edgar Sargsyan Must Self-Surrender to Begin Service of His Sentence, the accompanying Declaration of Robert E. Dugdale in support thereof, and Good Cause showing therefor:

**IT IS HEREBY ORDERED** that Defendant Sargsyan must surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon (12:00 p.m.), on January 2, 2024. In the absence of such a designation, Defendant Sargsyan shall report on or before the same date and time to the Untied States Marshal located at: First Street U.S. Courthouse, 350 W. First Street, Suite 3001, Los Angeles, California 90012.

Dated: _____

**DENIED BY THE COURT**

_____
Honorable R. Gary Klausner
United States District Court Judge

---

1

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO CONTINUE THE DATE BY WHICH DEFENDANT EDGAR SARGSYAN MUST SELF-SURRENDER TO BEGIN SERVICE OF HIS SENTENCE