

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:   Chief Deputy/Fiscal

**Re:   Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___2:20-cr-00190-RGK___
Defendant's Name: ___Edgar Sargsyan___

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on ___12/18/2023___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : ___2/21/2024___, it was verified the defendant:**

___has surrendered to the Bureau of Prisons___.

**Verified via Bureau of Prisons website.**

_February 21, 2024_         By _____/s/ *Jenny Lam*_____
Date                              Deputy Clerk

CR-86 (11/08)            VERIFICATION OF SURRENDER